UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 29, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURSTON A. WIRRICK,

    Defendant.

Case No. 2:16-mj-00053 CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KURSTON A. WIRRICK__,
Case No. __2:16-mj-00054-CKD__ from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __25,000, cosigned by wife__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial services conditions. Ordered to appear on 3/21/2016 at 1:30 PM in the District of South Dakota.

Issued at Sacramento, California on February 29, 2016 at __2:15 pm__

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney