HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KURSTON WIRRICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KURSTON WIRRICK, <br><br> Defendant. | No. 2:16-mj-00053-CKD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE <br><br> Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Kurston Wirrick, through their respective attorneys, that the release conditions imposed on Mr. Wirrick on February 29, 2016 (Docket #2), will be modified to add:

13. You shall participate in a program of medical or **psychiatric treatment**, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

The proposed modification is being requested by Pretrial Services Officer, Darryl Walker.

All other conditions shall remain in force.

DATED: April 26, 2016                    HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Noa E. Oren*
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for KURSTON WIRRICK

Stipulation to Modify Special Condition of Release     -1-     *U.S. v. Wirrick,* 16-mj-53 CKD

DATED: April 26, 2016                         BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Katherine Lydon*
                                              KATHERINE LYDON
                                              Assistant U.S. Attorney

## **O R D E R**

The following release conditions imposed on Mr. Wirrick on February 29, 2016 (Docket #2), will be modified to add:

13. You shall participate in a program of medical or **psychiatric treatment**, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

DATED: April 27, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge